**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 08-7414**

_____

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

    v.

JASON EMMANUEL WILKERSON,

              Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.   Raymond A. Jackson, District Judge. (4:04-cr-00092-RAJ-TEM-1)

_____

Submitted:  December 17, 2008      Decided:  January 13, 2009

_____

Before MICHAEL and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Jason Emmanuel Wilkerson, Appellant Pro Se.  Scott W. Putney, Assistant United States Attorney, Newport News, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jason Emmanuel Wilkerson appeals the district court's order denying his motion for reduction of sentence pursuant to 18 U.S.C. § 3582 (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Wilkerson, No. 4:04-cr-00092-RAJ-TEM-1 (E.D. Va. June 23 & July 11, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED